UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ESTATE OF ZOUHAIR EL HALABI,** *et al.*,

    **Plaintiffs,**

    v.                                                                         Civil No. 22-CV-3190 (CRC)

**THE ISLAMIC REPUBLIC OF IRAN,** *et al.*,

    **Defendants.**

**MOTION OF PLAINTIFFS FOR
WAIVER OF LOCAL CIVIL RULE 5.1(e)**

The Plaintiffs added to this case by the Amended Complaint filed February 14, 2023, (ECF 10) by counsel, herewith move the Court that an Order be entered waiving the requirements of Local Civil Rule 5.1(e) with respect to the requirement that the "full residence address of the party" be included on the caption of the initial pleading.

The following is stated in support of the Motion:

(1)     This action is brought by Lebanese citizens who were employed by the U.S. Government at the U.S. Embassy in Beirut, Lebanon when it was attacked by Hezbollah on April 18, 1983, and September 20, 1984. The Amended Complaint also includes Lebanese family members of the direct victims.

(2)     Plaintiffs are Lebanese citizens who are living, or were living at the time of their death or injury, in Lebanon. Plaintiffs are fearful that the listing of their addresses will subject them to possible attack from terrorist groups controlled and/or supported by the Islamic Republic of Iran;

(3)  Terrorist attacks by groups controlled and/or supported by the Islamic Republic of Iran have resulted in the deaths of more than 1,000 American citizens since 1979 around the globe and the fears of Plaintiffs clearly have a factual basis;

(4)  The original Plaintiffs in this action have requested and been granted the relief requested by this filing;

(5)  The Order submitted with this Motion requires the filing under seal of a list containing the names and residence addresses of all Plaintiffs within 30 days of the date of the Order, which will give the Court the information required by Rule 5.1(e).

WHEREFORE, Plaintiffs pray that the Motion be granted and that the Court enter the Order submitted.

**Dated: February 14, 2023**   Respectfully submitted,

FAY LAW GROUP, PA

/s/ Amanda Fox Perry_____
Amanda Fox Perry (Bar No. 230024)
6205 Executive Boulevard
Rockville, MD 20852
(202) 589-1300
Amanda.perry@faylawgroup.com

*Attorney for Plaintiffs*