# FAY LAW GROUP, P.A.

6205 Executive Boulevard
Rockville, MD 20852
(202) 589-1300

February 17, 2023

Office of the Clerk
Attn: Angela Caesar
United States District Court
333 Constitution Avenue, N.W.
Washington, DC 20001

*Zouhair el Halabi, et al., v. Islamic Rep. of Iran, et al.,* 22-cv-3190 (CRC)
Request for Service of Process via the Foreign Sovereign Immunities Act

Dear Ms. Caesar:

In connection with the above-captioned case, we are writing to request that you take all necessary steps, pursuant to 28 U.S.C. § 1608(a)(4), to effect service of process in this matter on Defendants Islamic Republic of Iran and Iranian Ministry of Information and Security.

The methods for effecting service in accordance with 28 U.S.C. § 1608(a)(1) do not apply because there is no special arrangement for service between Plaintiffs and the Islamic Republic of Iran. Service could not be effected pursuant to 28 U.S.C. § 1608(a)(2) because the Islamic Republic of Iran is not a signatory to the Hague Convention on Service Abroad.

On November 28, 2022, pursuant to 28 U.S.C. § 1608(a)(3), we initiated service of the summons, complaint, and notice of the suit, together with a translation of each into Farsi (the official language of the Islamic Republic of Iran) by sending a package containing these documents to each of the two Defendants, the Iranian Ministry of Foreign Affairs and the Iranian Ministry of Information and Security, via registered mail. *See* ECF No. 9.

As more than sixty (60) days has passed and neither Defendant has entered an appearance or otherwise responded, Plaintiffs now request the Court's assistance to carry out service of process upon Defendants in accordance with the provisions of 28 U.S.C. § 1608(a)(4) by service through diplomatic channels.

Pursuant to 28 U.S.C. § 1608(a)(4), Plaintiffs have enclosed two (2) copies of each of the following documents for **Defendant Islamic Republic of Iran:** Summons in English and Farsi;

Civil Cover Sheet in English and Farsi; Amended Complaint in English and Farsi; Notice of Related Case in English and Farsi; Notice of Suit, pursuant to 22 CFR 93.2, in English and Farsi; and 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602-1611 of title 28, United States Code, and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et seq.), in English and Farsi.

Pursuant to 28 U.S.C. § 1608(a)(4), Plaintiffs have enclosed two (2) copies of each of the following documents for **Defendant Iranian Ministry of Information and Security:** Summons in English and Farsi; Civil Cover Sheet in English and Farsi; Amended Complaint in English and Farsi; Notice of Related Case in English and Farsi; Notice of Suit, pursuant to 22 CFR 93.2, in English and Farsi; and 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602-1611 of title 28, United States Code, and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et seq.), in English and Farsi.

Enclosed here for each defendant is a cashier's check in the amount of $2,275.00, made out to the U.S. Department of State.

Please take the necessary steps to dispatch these materials to effect service on Defendants in accordance with the provisions of 28 U.S.C. § 1608(a)(4) by service through diplomatic channels. Please use the following address when dispatching the above documents to the Director of Special Consular Services:

> U.S. Department of State
> Attn: FSIA, Legal
> CA/OCS, SA-17, 10th Floor
> 2201 C Street N.W.
> Washington, DC 20522-1710

We have enclosed a FedEx box and a pre-paid FedEx label made out to the address above. I appreciate your assistance in this matter. Please do not hesitate to contact me at the phone number listed above if you have any questions or require any additional information.

Sincerely,

Amanda Fox Perry
Fay Law Group, PA
6205 Executive Boulevard
Rockville, MD 20852
(202) 589-1300
Amanda.Perry@faylawgroup.com

*Attorney for Plaintiffs*