# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**ESTATE OF ZOUHAIR EL HALABI,** *et al.,*

    **Plaintiffs,**

    v.                                          Civil No. 22-cv-3190 (CRC)

**THE ISLAMIC REPUBLIC OF IRAN,** *et al.,*

    **Defendants.**

## MOTION TO WITHDRAW APPEARANCE

COMES NOW Attorney Amanda Fox Perry, counsel of record for the Plaintiffs in this matter, and files this Motion to Withdraw Appearance pursuant to Local Civil Rule 83.6. Counsel states the following in support thereof:

1. Amanda Fox Perry entered this case at the time of filing the Complaint on October 19, 2022. ECF No. 1.

2. At that time, Amanda Fox Perry was employed by Fay Law Group.

3. Amanda Fox Perry recently left Fay Law Group to start a new firm, Fox McKenna PLLC. Her contact information has been updated in PACER and is reflected on the case docket.

4. All Plaintiffs in this matter have been notified of Amanda Fox Perry's departure from Fay Law Group. All Plaintiffs have been presented with the option to remain with Fay Law Group, transition their cases to Fox McKenna PLLC, or obtain new counsel.

5. Attorney Caragh Fay of Fay Law Group entered her appearance in this case on February 12, 2024. ECF No. 23.

6. Attorney Molly Hoffman Wolfe of Fay Law Group entered her appearance in this case on April 2, 2024. ECF No. 24.

7. The twenty-nine (29) Plaintiffs listed on Exhibit A, attached here, elected to transition their cases to, and have signed agreements with, Fox McKenna PLLC. Going forward, Fox McKenna PLLC will represent only these Plaintiffs.

8. The twenty-eight (28) Plaintiffs listed on Exhibit B have elected to remain with Fay Law Group and are represented in this matter by Attorneys Caragh Fay and Molly Hoffman Wolfe. *See* Local Rule 83.6(c).

9. There are fifty-seven [57] Plaintiffs in this case, many of whom live abroad and do not speak English or have access to computers. Communication with many of the clients is accomplished through intermediaries. For these reasons it would be impractical and time-consuming to obtain the signature on this motion of each Plaintiff for whom Amanda Fox Perry is moving to withdraw. However, as stated above, each Plaintiff has been notified of the change in representation and has indicated their intention to remain with Fay Law Group or be represented by Fox McKenna PLLC. Thus, none will be disadvantaged by this change, and, indeed, granting this motion will be consistent with the Plaintiffs' stated intent.

10. Counsel Amanda Fox Perry's withdrawal as attorney for the Plaintiffs on Exhibit B will not unduly delay the progression of this case or be unfairly prejudicial to any party.

WHEREFORE, pursuant to Local Rule 83.6(c), Attorney Amanda Fox Perry respectfully requests that this Court enter an Order granting this Motion, allowing her to withdraw from her representation of the Plaintiffs represented by attorneys at Fay Law Group and listed on Exhibit

B to the Motion, and that the docket be updated to reflect that Fox McKenna PLLC represents only the Plaintiffs listed on Exhibit A to this Motion.

April 9, 2024                                         Respectfully Submitted,

*Amanda Fox Perry*
Amanda Fox Perry
U.S.D.C.D.C. Bar No. 230024
Fox McKenna PLLC
14 Ridge Square NW
Washington, DC 20016
(202) 852-2000
Amanda@foxmckenna.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 9th day of April, 2024, the foregoing was filed electronically via CM/ECF and served upon all counsel of record.

                                                      /s/ Amanda Fox Perry
                                                      Amanda Fox Perry