## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Civil Division

ESTATE OF ZOUHAIR EL HALABI, *et al.*

      Plaintiffs,　　　　　　　　　　　　　　　CA. No.:  22-cv-3190 (CRC)

    v.

THE ISLAMIC REPUBLIC OF IRAN, *et al.*

      Defendants.

## **LINE**

Will the court please note that an administrative error was made to include Plaintiff Louise Rassi in the Motion to Withdraw for Certain Plaintiffs Exhibit A filed on May 9, 2024.  [Dkt. No.  25-1]

Louise Rassi is being represented by Fay Law Group, not Fox McKenna PLLC.

Dated:  June 7, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　FAY LAW GROUP, P.A.

　　　　　　　　　　　　　　　　　　　     //s//                 
　　　　　　　　　　　　　　　　　　　Caragh Fay, Esq. (Unified Bar # 16955)
　　　　　　　　　　　　　　　　　　　Molly Wolfe, Esq. (Unified Bar # 17846)
　　　　　　　　　　　　　　　　　　　6205 Executive Blvd.
　　　　　　　　　　　　　　　　　　　Rockville, MD  20852-3906
　　　　　　　　　　　　　　　　　　　(202) 589-1300
　　　　　　　　　　　　　　　　　　　*Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the Defendants in this action could not be sent a copy of the Plaintiff's Line as they have not yet entered an appearance and appear not to have acknowledged other efforts to contact them in this case or others similar to it.

I HEREBY CERTIFY that on June 6, 2024, a copy of the foregoing was served upon Attorney Amanda Fox Perry via CF/EMS.

                                                                   //s//
                                                             Caragh Fay, Esq.

                                                                   //s//
                                                             Molly Wolfe, Esq.