IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTATE OF ZOUHAIR EL HALABI, et al.

    Plaintiffs,

    v.　　　　　　　　　　　　　　　　　　　　　　Civil No.  22-cv-3190-CRC

ISLAMIC REPUBLIC OF IRAN, et al.

    Defendants

### PLAINTIFFS' MOTION FOR LEAVE TO FILE
### SECOND AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a)(2) and 15(c)(1)(B), Plaintiffs Mohammed Fneich, Leila Makki, Makie Makki, Malake Makki, Mariam Makki, Elie Salemeh, Rima Abou Shaar, Ibrahim Yakzan, Nouhad Yakzan, Hassana Yakzan, Khodor Yakzan, Hussam Yakzan, Imad Yakzan, Zainab Fneich, Marwan Rassi, Amna Fneich, Maha Wever Rassi, Estate of Youssef Fneich, Maryam Fneich, Hussein Fneich, Suzana Rassi, Essam Fneich, Samira Fneich, Ali Fneich, Fatima Fneich, Louise Briatore Rassi, and Khazana Rassi hereby move the Court for leave to amend their complaint. There was a clerical effort on the part of the Plaintiffs concerning the format and listing of the causes of actions. For clarity, the Plaintiffs changed the formatting and distinguished between causes of actions and the damages sought. There are no substantial changes in the causes of actions, or the damages sought by the Plaintiffs, only the formatting and language used. Plaintiffs have submitted a "red line" version and a final version of the Second Amended Complaint attached hereto as Exhibits 1 & 2.

1

Dated:   June 13, 2024

Respectfully submitted,

FAY LAW GROUP, PA

/s/ Caragh Fay

Caragh Fay, Esq. (Bar No. 16955)
Molly Wolfe, Esq. (Bar No. 17846)
6205 Executive Boulevard
Rockville, MD 20852
(202) 589-1300
(202) 478-2196
Caragh.Fay@faylawgroup.com