UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ESTATE OF ZOUHAIR EL HALABI,** *et al.,*

      **Plaintiffs,**

      v.                                      Civil No. 22-3190 (CRC)

**THE ISLAMIC REPUBLIC OF IRAN,** *et al.,*

      **Defendants.**

**STATUS REPORT REGARDING U.S. VICTIMS OF STATE SPONSORED TERRORISM FUND DEADLINE FOR NEW CLAIMANTS TO PARTICIPATE IN THE SIXTH ROUND DISTRIBUTION**

COME NOW the Plaintiffs, by and through undersigned counsel, and file the foregoing Status Report concerning counsels' efforts to preserve the rights of the Plaintiffs with respect to the U.S. Victims of State Sponsored Terrorism Fund ("USVSST"). The USVSST has announced that June 1, 2025, is the filing deadline for new applications to be considered for a potential sixth round distribution. *See Special Master Announces that at Least $2 Billion Will Be Available for the Sixth Distribution of Victim Payments from the USVSST Fund,* U.S. Department of Justice U.S. Victims of State Sponsored Terrorism Fund, available at https://www.usvsst.com/Home/Announcements?id=20250325.

As this Court may be aware, the U.S. Victims of State Sponsored Terrorism Fund makes *pro rata* payments of a percentage of each eligible claimants' damages award out of funds available at the time of each distribution. There is no distribution schedule, nor is there any certainty on issues of timing or award amounts. If Plaintiffs do not meet the sixth-round distribution

application deadline, it will likely be several years before another distribution occurs, if one occurs at all.

Special Masters Deborah Greenspan, Michael Borden, and Stephen Saltzburg were appointed in this case on August 15, 2024 (ECF No. 47).  The Special Masters' Reports and Recommendations were filed on October 3, 2024 (Saltzburg, ECF No. 49) and October 21, 2024 (Borden, ECF No. 50, and Greenspan, ECF No. 51). The Court has not yet ruled on the Reports and Recommendations. Plaintiffs are aware of this Court's busy docket but understandably hope to obtain final judgments in time to meet the fast-approaching June 1, 2025, deadline. Many of the Plaintiffs are aging and hope to see justice fulfilled for their loved ones in their lifetime. They have been diligent in their pursuit of these claims and deserve this long-awaited justice.

Plaintiffs thus respectfully request that the Court review the Special Masters' Reports and Recommendations and issue final judgments as soon as possible, recognizing the constraints of the Court's responsibilities for other matters.

April 7,  2025                                                      Respectfully submitted,


*Amanda Fox Perry*
Amanda Fox Perry, Bar No. 230024
Fox McKenna PLLC
14 Ridge Square NW
Washington, DC 20016
(202) 852-2000
Amanda@foxmckenna.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of April, 2025, the foregoing was filed electronically via CM/ECF and served upon all counsel of record.

*/s/ Amanda Fox Perry*
Amanda Fox Perry