UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTATE OF ZOUHAIR EL HALABI, *et al.*,

    Plaintiffs,

    v.                                          Civil No. 22-3190 (CRC)

THE ISLAMIC REPUBLIC OF IRAN, *et al.*,

    Defendants.

### MOTION TO ADOPT REPORTS AND RECOMMEDATIONS AND FOR ENTRY OF FINAL JUDGMENT

COME NOW the Plaintiffs, by and through undersigned counsel, and move this Court to adopt the Special Masters Reports and Recommendations and for entry of final judgment against Defendants for the claims and plaintiffs addressed by the aforementioned Reports and Recommendations.

The U.S. Victims of State Sponsored Terrorism Fund ("USVSST") has announced that June 1, 2025, is the filing deadline for new applications to be considered for a potential sixth round distribution. *See Special Master Announces that at Least $2 Billion Will Be Available for the Sixth Distribution of Victim Payments from the USVSST Fund,* U.S. Department of Justice U.S. Victims of State Sponsored Terrorism Fund, available at

https://www.usvsst.com/Home/Announcements?id=20250325.

As this Court may be aware, the U.S. Victims of State Sponsored Terrorism Fund makes *pro rata* payments of a percentage of each eligible claimants' damages award out of funds available at the time of each distribution. There is no distribution schedule, nor is there any certainty on issues of timing or award amounts. If Plaintiffs do not meet the sixth-round distribution

application deadline, it will likely be several years before another distribution occurs, if one occurs at all.

Special Masters Deborah Greenspan, Michael Borden, and Stephen Saltzburg were appointed in this case on August 15, 2024 (ECF No. 47). The Special Masters' Reports and Recommendations were filed on October 3, 2024 (Saltzburg, ECF No. 49) and October 21, 2024 (Borden, ECF No. 50, and Greenspan, ECF No. 51).

Plaintiffs do not object to any of the above-mentioned Reports and Recommendations and respectfully ask the Court to adopt each and enter final judgment consistent with the Special Masters' recommendations.

With respect to solatium awards for the direct family members of Zouhair el Halabi, Special Master Deborah Greenspan provided the Court with two options: (1) solatium damages for the injury of Zouhair el Halabi, and (2) solatium damages for the death of Zouhair El Halabi. ECF No. 51 at 25. Zouhair el Halabi was injured in the attack on September 20, 1984, and died approximately two years later when he was struck by a car. Plaintiffs assert that he did not hear the car approaching due to the hearing loss he sustained during the attack, and that his death was therefore a result of the attack. *Id*. at 12-15. Plaintiffs' Amended Complaint did not include a claim for wrongful death, though Special Master Greenspan notes that "there is nothing in the Amended Complaint that precludes a claim of death resulting from the terrorist attack." *Id*. at 14. Plaintiffs respectfully request the Court adopt Special Master Deborah Greenspan's recommended solatium damages for the death of Zouhair el Halabi.

Should this Court determine that a claim for wrongful death is not properly before this Court, attached as Exhibit A is Plaintiffs' Motion for Leave to File a Second Amended Complaint, with the proposed Second Amended Complaint attached. The proposed Second Amended Complaint

clarifies that the Estate of Zouhair el Halabi seeks damages for wrongful death under 28 U.S.C. § 1605A.

By adopting the above Reports and Recommendations, the plaintiffs will have "establish[ed their] claim or right to relief by evidence satisfactory to the Court." 28 U.S.C. § 1608(e); *see also Warmbier v. Democratic People's Republic of Korea*, 356 F. Supp. 3d 30, 42 (D.D.C. 2018). Therefore, Plaintiffs hereby apply to the Court, under Rules 55(b)(2) and 54(b), for entry of final judgment jointly and severally against Defendants for the claims of these plaintiffs.

Plaintiffs are aware of this Court's busy docket but understandably hope to obtain final judgments in time to meet the fast-approaching June 1, 2025, deadline. Many of the Plaintiffs are aging and hope to see justice fulfilled for their loved ones in their lifetime. They have been diligent in their pursuit of these claims and deserve this long-awaited justice.

Plaintiffs thus respectfully request that the Court adopt the Special Masters' Reports and Recommendations and issue final judgments as soon as possible, recognizing the constraints of the Court's responsibilities for other matters.

A proposed Order is attached.

April 15, 2025                                                              Respectfully submitted,

*Amanda Fox Perry*
Amanda Fox Perry, Bar No. 230024
Fox McKenna PLLC
14 Ridge Square NW
Washington, DC 20016
(202) 852-2000
Amanda@foxmckenna.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of April, 2025, the foregoing was filed electronically via CM/ECF and served upon all counsel of record.

                                                                                                         */s/ Amanda Fox Perry*
                                                                                                            Amanda Fox Perry