UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTATE OF ZOUHAIR EL HALABIL, *et al.*,

    Plaintiffs,

v.                                                              Case No. 22-cv-3190 (CRC)

THE ISLAMIC REPUBLIC OF IRAN, *et al.*,

    Defendants.

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

Upon consideration of Plaintiffs' Motion for Leave to File a Second Amended Complaint, it is hereby

**ORDERED**, that the Motion be, and hereby is, **GRANTED**.

_____
Honorable Christopher R. Cooper
United States District Court Judge