UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF ZOUHAIR EL HALABI,** et al., <br><br> Plaintiffs, <br><br> v. <br><br> **THE ISLAMIC REPUBLIC OF IRAN,** et al., <br><br> Defendants. | Case No. 22-cv-3190 (CRC) |

## ORDER

Upon consideration of Plaintiffs' Motion for Payment of Special Masters and Memorandum of Points and Authorities in Support Thereof and the entire record herein, it is hereby

**ORDERED** that Plaintiffs' [53] Motion for Payment of Special Masters is GRANTED in part. The Court exercises its discretion to award 50% of the current Laffey Matrix rates, consistent with its approach in Estate of Fishbeck v. Iran, Case No. 18-cv-2248 (CRC). Therefore, it is further

**ORDERED** that Special Master Deborah E. Greenspan shall be authorized payment of $20,625.85 in fees and reasonable business expenses from funds available under § 1404C of the Victims of Crime Act of 1984, 34 U.S.C. § 20106. It is further

**ORDERED** that Special Master Stephen A. Saltzburg shall be authorized payment of $11,067.70 in fees from funds available under 1404C of the Victims of Crime Act of 1984, 34 U.S.C. § 20106. It is further

**ORDERED** that Special Master Michael Borden shall be authorized payment of $13,577.90 in fees from funds available under 1404C of the Victims of Crime Act of 1984, 34 U.S.C. § 20106.  It is further

**ORDERED** that the Clerk of the Court shall promptly provide to the U.S. Department of Justice Office for Victims of Crime one copy of:

1. This Order;

2. Plaintiffs' [53] Motion for Payment of Special Masters and the invoices of the special masters; and

3. The [46] Order appointing the special masters.  It is further

**ORDERED** that the Clerk of the Court shall coordinate any required follow-up with the Office for Victims of Crime and that, upon receipt of such funds, the Clerk shall promptly disburse them to the Special Masters at their provided addresses.

**SO ORDERED**.

                                                                              _____
                                                                              CHRISTOPHER R. COOPER
                                                                              United States District Judge

Date:   April 28, 2025